# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                         4:14CR00211-15 DPM

KIEFER COLLINS

## ORDER

At the November 26, 2014 Revocation Hearing, the Government withdrew its Motion to Revoke Pretrial Release (*doc. 232*).

Defendant will have one final opportunity to complete inpatient drug treatment, to be followed with chemical-free living until the final disposition of all charges in this case. Defendant will remain in custody until inpatient bed space is available, at which time his mother shall transport him directly to the drug treatment facility.

IT IS SO ORDERED this 26th day of November, 2014.

_____
UNITED STATES MAGISTRATE JUDGE